Michael C. Hughes, Esq. (049172013)
**POLSINELLI PC**
600 Third Avenue, 42nd Floor
New York, New York 10016
(212) 684-0199
mhughes@polsinelli.com
*Counsel for Defendant Community Loan Servicing, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARGARET ROSE,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, LOAN CARE LLC, and COMMUNITY LOAN SERVICING LLC,<br><br>      Defendants. | Case No. 3:23-cv-21102<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon the accompanying memorandum of law and declaration of counsel, Defendant Community Loan Servicing, LLC ("Defendant"), by its counsel, Polsinelli PC, will move this Honorable Court at the United States Courthouse for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, at a time and date to be set by the Court for an Order dismissing with prejudice Plaintiff Margaret Rose's Complaint [Doc. No. 1] pursuant to Federal Rules of Civil Procedure 12(b)(6) because the Complaint fails to state a claim upon which relief can be granted as to Defendant, or, in the alternative, with such other relief against Plaintiff as the Court deems just and proper.

Dated: December 15, 2023        **Polsinelli PC**

                     By: */s/   Michael C. Hughes*
                       Michael C. Hughes
                       600 Third Avenue, 42nd Fl.
                       New York, NY 10016
                       (212) 684-0199
                       mhughes@polsinelli.com
                       Counsel for Defendant Community Loan Servicing, LLC

2

cc:    Matthew Forsberg, Esq. (via ECF)
       Fields Law Firm
       9999 Wayzata Boulevard
       Minnetonka, MN 55305
       Tel.: (612) 383-1868
       E-mail: matt@fieldslaw.com
       *Counsel for Plaintiff*