Michael C. Hughes, Esq. (049172013)
**POLSINELLI PC**
600 Third Avenue, 42nd Floor
New York, New York 10016
(212) 684-0199
mhughes@polsinelli.com
*Counsel for Defendant Community Loan Servicing, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARGARET ROSE,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, LOAN CARE LLC, and COMMUNITY LOAN SERVICING LLC,<br><br>        Defendants. | Case No. 3:23-cv-21102<br><br>**ORDER** |

**THIS MATTER**, having been opened to the Court by way of Notice of Motion filed by counsel for Defendant Community Loan Servicing, LLC ("Defendant") seeking order of dismissal, and the Court having considered the supporting papers, any opposition thereto, and oral argument, if any, and it appearing that Defendant is entitled to the relief requested, and for other good cause shown;

**IT IS** on this _____ day of _____, 2024;

**ORDERED** that Defendant's Motion to Dismiss is granted in its entirety; and it is further

**ORDERED** that Plaintiff Margaret Rose's Complaint be and hereby is dismissed with prejudice; and it is further

**ORDERED** that Defendant's counsel serve a stamped, filed copy of this order upon Plaintiff within seven days of counsel's receipt of same.

                      _____

_____ Opposed

_____ Unopposed