Michael C. Hughes, Esq. (049172013)
**POLSINELLI PC**
600 Third Avenue, 42nd Floor
New York, New York 10016
(212) 684-0199
mhughes@polsinelli.com
*Counsel for Defendant Community Loan Servicing, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARGARET ROSE,<br><br>                    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, LOAN CARE LLC, and COMMUNITY LOAN SERVICING LLC,<br><br>                    Defendants. | Case No. 3:23-cv-21102<br><br>**CERTIFICATE OF SERVICE** |

I, Michael C. Hughes, do hereby certify, pursuant to Title 28, United States Code, Section 1746, as follows:

     1.     I am an attorney with the law firm Polsinelli PC, counsel to Defendant Community Loan Servicing, LLC ("Defendant") in the above-captioned action. I am admitted to practice in this Court and am a member in good standing.

     2.     On December 15, 2023, I caused Defendant's Notice of Motion to Dismiss Plaintiff Margaret Rose's Complaint, Memorandum of Law, and this Certificate of Service to be filed electronically with the Clerk of the Court using the Electronic Document Filing System, which will send a notice of such filing to the following counsel of record:

Matthew Forsberg, Esq.
Fields Law Firm
9999 Wayzata Boulevard
Minnetonka, MN 55305

Tel.: (612) 383-1868
E-mail: matt@fieldslaw.com
Counsel for Plaintiff

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 15, 2023

By: /s/ Michael C. Hughes, Esq.
Michael C. Hughes, Esq.